```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

UNITED STATES OF AMERICA,      :
                               :         CIVIL ACTION
           Plaintiff,          :
    v.                         :         NO. 1:12-CV-3956-TWT
                               :
$51,000.00 IN UNITED STATES    :
CURRENCY,                      :
                               :
           Defendant.          :
```

### NOTICE OF FILING COMPLAINT FOR FORFEITURE

**TO: Paul Kunz, Esq.**
    **Attorney for Adesanmi E. Adelakun**
    **444 Brickell Ave., Ste. 300**
    **Miami, FL 33131**

A civil complaint seeking forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) was filed on November 13, 2012, in the United States District Court for the Northern District of Georgia in Atlanta by Mary F. Kruger, Assistant United States Attorney, on behalf of the United States of America, Plaintiff, against $51,000.00 seized at Atlanta's Hartfield Jackson International Airport.  The Complaint alleges that said the funds may, for the causes stated in the Complaint, be forfeited to the United States.

To avoid forfeiture of the funds, any person claiming an interest in the Defendant Funds must file a verified Claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims on or before the deadline specifically stated below, which is at least 35 days after

the date this notice was sent.  See Rule G(5)(a).  In addition, any person who files such a Claim shall file an Answer to the Complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure, not later than 21 days after the filing of the Claim.  See Rule G(5)(b).

   Supplemental Rule G(5)(a) provides in pertinent part: "A person who asserts an interest in the Defendant Funds may contest the forfeiture by filing a claim in the court where the action is pending" and "must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)."  See Rule G(5)(a).  Supplemental Rule G(5)(b) provides in pertinent part: "[a] claimant must serve and file an answer to the complaint or a motion under Rule 12 within 21 days after filing the claim."

   The Claim and Answer shall be filed with the Office of the Clerk of Court, United States District Court for the Northern District of Georgia, Atlanta Division, 75 Spring Street, S.W., Suite 2201, Atlanta, GA  30303, with copies of each served upon Assistant U.S. Attorney Mary Kruger, 75 Spring Street, S.W., Suite 600, Atlanta, GA  30303.

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims[1], on December 5, 2012, Plaintiff sent this Notice by certified mail, return receipt requested, to every person who reasonably appeared to be a potential claimant to the Defendant Funds on the facts known to Plaintiff.  **Therefore, a verified Claim must be filed on or before January 10, 2012, and an answer to the complaint or a motion under Rule 12 within 21 days thereafter.**

This 5th day of December, 2012.

                                      Respectfully submitted,

                                      SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

/s/ Mary F. Kruger
MARY F. KRUGER
ASSISTANT U.S. ATTORNEY
Ga Bar No.: 244607
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
Telephone: (404) 581-6168
Fax: (404) 581-6234
mary.kruger@usdoj.gov

---

[1] Rule G(4)(b) provides that "[t]he notice must be sent by means reasonably calculated to reach the potential claimant," and that the "[n]otice may be sent to the potential claimant or to the attorney representing the potential claimant with respect to the seizure of the property or in a related investigation, administrative forfeiture proceeding, or criminal case."  Rule G(4)(b)(iii)(A) and (B).